**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Symbology Innovations LLC
Plaintiff,
v.
Home Depot
Defendant.

Case No.: 1:16−cv−10750
Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 24, 2017:

MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing held jointly in this case and Case No. 16−cv−10751. The application of Jean Vidal−font to appear pro hac vice is granted. The Court sets the following schedule and deadlines pursuant to this district's Local Patent Rules (LPR): LPR 2.1 − 3/23/2017; fact discovery begins − 3/23/2017; LPR 2.2 − 4/20/2017; LPR 2.3 & 2.4 − 5/18/2017; deadline to amend pleadings− 5/15/2017; LPR 2.5 − 6/15/2017; LPR 3.1 & 3.3 − 9/14/2017; LPR 3.2 − 10/12/2017; exchange of proposed claim terms and constructions per LPR 4.1(a) − 10/26/2017; fact discovery to be completed − 11/30/2017. Claim construction briefs are to be filed by 12/7/2017 for the party claimed to have infringed; 1/11/2018 for the party claiming infringement; and 2/2/2018 for the reply by the party claimed to have infringed. The joint claim construction chart per LPR 4.2(f) is to be filed by 2/15/2017. The claim construction hearing is set for 2/23/2018 at 9:30 AM and presumptively will be a joint hearing for this case and 16−cv−10751. The deadline for seeking a stay for any purpose is 10/12/2017. This last deadline may be amended upon a motion showing good cause and due diligence, so long as the motion is filed significantly in advance of the deadline. This case and 16−cv−10751 are set for a telephone status hearing on 2/22/2017 at 8:45 AM. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.