# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Symbology Innovations LLC

                        Plaintiff,

v.                                                Case No.: 1:16–cv–10750
                                                     Honorable Matthew F. Kennelly

Home Depot

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 22, 2017:

      MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing held on 2/22/2017 with plaintiff's attorney by telephone and defendant's attorney in person. Due to the difficulties in reaching plaintiff's attorney, no further telephone appearances will be permitted in this case. The parties report they are finalizing a settlement agreement. A further status hearing is set for 3/15/2017 at 9:00 AM. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.