# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Symbology Innovations LLC

                            Plaintiff,

v.                                               Case No.: 1:16–cv–10750
                                                    Honorable Matthew F. Kennelly

Home Depot

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 15, 2017:

       MINUTE entry before the Honorable Matthew F. Kennelly: Rule 16(b) status hearing held with attorneys for both sides. Status hearing is continued to 4/26/2017 at 9:00 a.m. Unopposed motion to stay [18] is granted. Hearing date of 3/21/2017 is vacated. All deadlines are stayed through 4/21/2017 based on the parties' report that they have reached a settlement. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.